SEA 6165 8/155

1

2

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

3

4   Jing Liu;
    Chengya Wang;

5             Plaintiffs,

6          vs.

7   **ALBERTO R. GONZALES**, U.S. Attorney General;
    **ROBERT S. MUELLER, III,** Director of the
8   Federal Bureau of Investigation;
    **MICHAEL A. CANNON,** Section Chief of the
9   National Name Check Program Section of the Federal
    Bureau of Investigation;
10  **MICHAEL CHERTOFF**, Secretary of the
    Department of Homeland Security;
11  **EMILIO GONZALEZ,** Director of United States
    Citizenship and Immigration Services;
12  **GREGORY CHRISTIAN**, Director of the Nebraska
    service Center, US Citizenship and Immigration
13  Service
             Defendants

14

15

16

17

18

19

20

21

22

23

24

25

____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

DEC 26 2006      OR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                    DEPUTY

COMPLIANT

# CV06-1827MJP

**Plaintiffs' Contact Information**

Jing Liu
3525 NE 24th CT, Renton, WA98056
Phone: 206-500-1539 (Work), 425-235-2273 (Home)
Email: liuj9@hotmail.com

Chengya Wang
3525 NE 24th CT, Renton, WA98056
Phone: 425-369-1169 (Work), 425-235-2273 (Home), 503-332-1582 (Cell)
Email: Wangchy@hotmail.com

06-CV-01827-CMP

COMPLAINT 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## PETITION FOR COMPLAINT

Petitioners Jing Liu and Chengya Wang, husband and wife respectively, respectfully petition this Court for a writ of mandamus to compel Defendants and their subordinates to act on the clearly delayed processing of the plaintiffs' applications for adjustment of status to lawful permanent resident. Petitioners allege as follows:

## JURISDICTION

1. This action arises under the United States Constitution and the Immigration and Nationality Act of 1952 ("INA"), 8 U.S.C. §1255. This Court has jurisdiction over this petition under 28 U.S.C §1331, the INA, the Administrative Procedure Act, 5 U.S.C. §706, and the Mandamus Act, 28 U.S.C. §1361.

## VENUE

2. Venue in this District is proper under 28 U.S.C. §§ 1391 because the Washington District Office of the United States Citizenship and Immigration Service ("USCIS"), an agency of the United States Department of Homeland Security ("DHS"), has jurisdiction to adjudicate petitioners' applications for adjustment of status. Both plaintiffs reside in Seattle, Washington.

## EXHAUSTION

3. USCIS owes the plaintiffs a duty to adjudicate their properly filed Applications within a reasonable time. It has neglected this duty for nearly three years. Petitioners have exhausted their administrative remedies. After many inquiries to USCIS, the security checks on

COMPLAINT 2

1  their cases are still pending.  The petitioner has no other adequate remedy to redress USCIS's

2  unreasonable delay in processing their applications.

3

4  **PARTIES**

5  4. Petitioner Jing Liu is a citizen of People's Republic of China.  On April 27, 2004,

6  Mr. Liu applied for adjustment of status to lawful permanent resident.  Currently Mr. Liu works

7  and lives in Seattle, Washington.

8  5. Petitioner Chengya Wang is a citizen of People's Republic of China.  On April 27,

9  2004, Ms. Wang applied for adjustment of status to lawful permanent resident as the dependent

10  to her husband, Mr. Liu.  Currently Ms. Wang works and lives in Seattle, Washington.

11  6. Defendant Alberto L. Gonzales is Attorney General of the United States and is

12  sued in his official capacity.   As Attorney General, Mr. Gonzales is responsible for

13  administration of the Federal Bureau of Investigation (the "FBI"), the agency responsible for

14  name check procedures involved in the processing of immigration benefits.

15  7. Defendant Robert S. Mueller, III is Director of the FBI and is sued in his official

16  capacity.   As Director of the FBI, Mr. Mueller is responsible for supplying USCIS with

17  information about applicants seeking benefits under the immigration laws of the United States.

18  8. Defendant Michael A. Cannon is Section Chief of the National Name Check

19  Program Section of the FBI ("NNCPS") and is sued in his official capacity.  As Section Chief of

20  NNCPS, Mr. Cannon is responsible for processing and completing requests from DHS and

21  USCIS for information on applicants for immigration benefits.

22  9. Defendant Michael Chertoff is Secretary of DHS and is sued in his official

23  capacity.   As Secretary of DHS, Mr. Chertoff is responsible for the administration and

24  enforcement of the immigration laws of the United States.

25

10. Defendant Emilio Gonzalez is Director of USCIS and is sued in his official capacity. As Director of USCIS, Mr. Gonzalez is responsible for the overall administration of USCIS and the implementation of the immigration laws of the United States.

11. Defendant Gregory Christian is the Director of the Nebraska Service Center, USCIS and is sued in his official capacity. The Nebraska Service Center is responsible for adjudication of the adjustment of status applications filed by the Plaintiffs.

## STATEMENT OF CLAIMS

12. Petitioner Jing Liu was born in China in 1968 and petitioner Chengya Wang was born in China in 1974. Mr. Liu and Ms. Wang were married in June 2002, in Portland, Oregon. Both are citizens of People's Republic of China.

13. Mr. Liu entered the United States on a nonimmigrant F-1 student visa in August 1994. In March 2001, upon completion of his Ph.D. degree from Purdue University in Indiana, he moved to Portland, Oregon and started working as a credit risk analyst for Household International, which was later acquired by HSBC Holdings in 2003. In August 2001, Mr. Liu transferred to H1-B visa.

14. Ms. Wang entered the United States on a nonimmigrant F-1 student visa in August 1999. In June 2001, upon completion of her Master degree from Purdue University, she moved to Portland, Oregon. In August 2002, Ms. Wang transferred to H4 visa as the dependent to Mr. Liu.

15. In April 2004, desiring to become lawful permanent residents of the United States, Mr. Liu and Ms. Wang filed applications for adjustment of status with USCIS Nebraska Service Center. The applications along with I-131, I-765 and supporting documentation, were filed on or around April 23, 2004. Notices of Receipt were dated by USCIS on April 27, 2004

1   (EXHIBITS 1a & 1b).  The receipt number is LIN-04-154-52830 for Mr. Liu and LIN 04-154-

2   52892 for Ms. Wang.  The assigned A number is A98 134 873 for Mr. Liu and A98 134 874 for

3   Ms. Wang.

4        16.   In September 05, Mr. Liu and Ms. Wang moved to Seattle as the result of the

5   new employment of Mr. Liu with Washington Mutual Bank (WaMu) where he works as a credit

6   risk analyst (same occupancy category as initially used in 1485 application).  The new attorney

7   from WaMu noticed USCIS of the change for Mr. Liu on October 21, 2005 and the change for

8   Ms. Wang on November 16, 2005.

9        17.  Mr. Liu and Ms. Wang gave their fingerprints on July 1, 2004 as scheduled at

10  USCIS (EXHIBITS 2a & 2b).  They provided fingerprints (code 2) on June 14, 2005, as

11  requested by USCIS (EXHIBITS 3a & 3b).  They updated their fingerprints on December 2,

12  2005, as requested by USCIS (EXHIBITS 4a & 4b).

13       18.  On May 2006, Ms. Wang contacted Senator Patty Murray asking for help in

14  their delayed I-485 applications.  In a reply letter dated May 10, 2006, Senator Murray's office

15  informed Plaintiffs that their cases were "pending due to national security checks." (EXHIBIT 5)

16       19.  On August 22, 2006, the plaintiffs received from USCIS the 'Request of

17  Evidence'.  Their attorney furnished to USCIS the relevant materials for both plaintiffs on

18  September 12, 2006.

19       20.  On December 22, 2006, Mr. Liu visited USCIS Seattle District office through

20  INFOPASS appointment to inquire about their cases.  He was informed that their background

21  checks were initiated in April 2004 and were still pending.   Therefore, the plaintiffs' I-485

22  petitions will remain unadjudicated.

23       21.   The Defendants have failed to properly adjudicate the petitions.  They have

24  failed to adhere to their own regulations and have improperly delayed the processing of the

25

Plaintiff's I-485 applications. It has been almost 32 months since the Plaintiffs first filed their I-485 with USCIS on April 27, 2004.

22. Although the role of Defendants is pivotal to the security of the United Sates of America, the Defendants' actions have gone well beyond the expected 1 year to 18 months processing time for the adjudication of an I-485 application. Defendants have also gone well beyond the 8 to 12 months allowance time for the FBI background check. Defendants have failed to adhere to their own regulations and procedures.

23. Defendants have sufficient information to determine the Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures.

24. Defendants' delay in this case, as a matter of law, is arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving Plaintiffs of the rights to which they are entitled.

25. The plaintiffs have been greatly damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Specifically, Plaintiffs, Jing Liu and Chengya Wang have been unable to obtain legal permanent residence and thus cannot travel or work without restriction.

    (b) The plaintiffs are unable to accrue time to be eligible for Naturalization as a citizen of the United States, thus delaying their obtainment of the rights and privileges enjoyed by citizens of the United States.

26. Defendants in violation of the Administrative Procedures Act, 5 USC § 551 et seq. are unlawfully delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law within a reasonable time.

27. Defendants in violation of the Administrative Procedures Act, 5 USC §701 et seq. are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiff's case.

### PRAYER FOR RELIEF

WHEREFORE, in view of the argument and authority noted herein, Petitioners respectfully request prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

a) requiring Defendants to properly adjudicate Plaintiffs' applications for action on the approved petitions;

b) requiring Defendants to provide the Plaintiffs with Notices of Approval;

c) granting such other relief at law as in equity as justice may require.

Respectfully submitted this _26_ day of _December_, 2006.

Dated this December 24, 2006

Jing Liu

Chengya Wang

COMPLAINT 7

**EXHIBITS**

EXHIBIT 1a:  NOTICE OF RECEIPT (I485) from USCIS dated April 27, 2004 for Mr. Jing Liu

EXHIBIT 1b:  NOTICE OF RECEIPT (I485) from USCIS dated April 27, 2004 for Ms. Chengya Wang

EXHIBIT 2a:  FINGERPRINT WORKSHEET dated July 1, 2004 for Mr. Jing Liu

EXHIBIT 2b:  FINGERPRINT WORKSHEET dated July 1, 2004 for Ms. Chengya Wang

EXHIBIT 3a:  FINGERPRINT NOTIFICATION dated May 25, 2005 For Mr. Jing Liu

EXHIBIT 3b:  FINGERPRINT NOTIFICATION dated May 25, 2005 for Ms. Chengya Wang

EXHIBIT 4a: FINGERPRINT NOTIFICATION dated October 21, 2005 for Mr. Jing Liu

EXHIBIT 4b: FINGERPRINT NOTIFICATION dated October 21, 2005 for Ms. Chengya Wang

EXHIBIT 5:  LETTER FROM SENATOR Patty Murray dated May 10, 2006

**EXHIBIT-1a**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

| | |
|---|---|
| RECEIPT NUMBER<br>LIN-04-154-52830 | CASE TYPE  I485  APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
| RECEIVED DATE<br>April 27, 2004 | PRIORITY DATE | APPLICANT   A98 134 873<br>LIU, JING |
| NOTICE DATE<br>May 4, 2004 | PAGE<br>1 of 1 | |

PAUL N. GRAHAM
TRANSNATIONAL LEGAL SERVICE PC
1955 W HAMLIN ROAD 100
ROCHESTER HILLS MI 48309

Notice Type:  Receipt Notice

Amount received: $  305.00
Section: Adjustment as direct
        beneficiary of immigrant
        petition

The above application or petition has been received. It usually takes 570 to 600 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 09/07/93) N

**EXHIBIT-1b**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE    I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| LIN-04-154-52892 | | RESIDENT STATUS |
| **RECEIVED DATE** April 27, 2004 | **PRIORITY DATE** | **APPLICANT**   A98 134 874 |
| | | WANG, CHENGYA |
| **NOTICE DATE** May 4, 2004 | **PAGE** 1 of 1 | |

| | |
|---|---|
| PAUL N. GRAHAM<br>TRANSNATIONAL LEGAL SERVICE PC<br>1955 W HAMLIN ROAD 100<br>ROCHESTER HILLS MI 48309 | Notice Type:   Receipt Notice<br><br>Amount received: $   305.00<br><br>Section: Derivative adjustment |

The above application or petition has been received.  It usually takes 570 to 600 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



**EXHIBIT-2a**

# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _LIU_ _Jing_
Last    First    Middle

DATE OF BIRTH: _1968_ _03_ _11_    PHONE #: _503 - 443 - 4850_
Year  Month  Day

PLACE OF BIRTH: _Zhangzhou, PRC_    SEX: (Male or Female) _M_

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native    ____ Black    ____ White (Hispanic also check)

_✓_ Asian or Pacific Island    ____ Unknown

HEIGHT: _5_ Feet _4_ Inches    WEIGHT: _762_ Pounds

EYE COLOR: Check the most appropriate code below:

_✗_Black _✗_Brown ____Green ____Gray ____Pink ____Hazel ____Blue ____Maroon

HAIR COLOR: Check the most appropriate code below:

_✓_Black ____Bald ____White ____Sandy ____Red ____Gray ____Blonde ____Brown

COUNTRY OF CITIZENSHIP: _P.R. China_

SOCIAL SECURITY NUMBER: _309_ _ _15_ _ _2985_

ALIEN REGISTRATION NUMBER: A _098 134 873_

LIST ANY OTHER NAMES YOU HAVE USED:
_NA_
Last    First    Middle

RESIDENCE ADDRESS (List mailing address if different from residence):

_10635 SW Lady Marion Ter._    _Tigard_ _OR_ _97224_
Street number and name    Apartment #    City    State    Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _I-485_

| LOCAL AIW STAMP | | |
|---|---|---|
| FD-258 Completed at INS/ASC | | |
| On: By: | | |
| QC Check Completed By: | | |

**EXHIBIT-2b**

# ASC/COLO Standard Operating Procedures

## DBI TENPRINTER Applicant Information Worksheet (AIW)

When you have completed this worksheet, turn it into the receptionist. Have this worksheet, your appointment notification letter and picture identification available.

NAME: _WANG_ (Last) _Chengya_ (First) / (Middle)

DATE OF BIRTH: _1974_ (Year) _11_ (Month) _23_ (Day)  PHONE #: _503-443-4850_

PLACE OF BIRTH: _Shanghai, PR China_ SEX: (Male or (Female))

RACE: Check the most appropriate code below:

____ American Indian or Alaskan Native   ____ Black   ____ White (Hispanic also check)

_✓_ Asian or Pacific Island   ____ Unknown

HEIGHT: _5_ Feet _3_ Inches   WEIGHT: _106_ Pounds

EYE COLOR: Check the most appropriate code below:

_✓_ Black   ____ Brown   ____ Green   ____ Gray   ____ Pink   ____ Hazel   ____ Blue   ____ Maroon

HAIR COLOR: Check the most appropriate code below:

_✓_ Black   ____ Bald   ____ White   ____ Sandy   ____ Red   ____ Gray   ____ Blonde   ____ Brown

COUNTRY OF CITIZENSHIP: _China_

SOCIAL SECURITY NUMBER: _312_ __ _21_ __ _8359_

ALIEN REGISTRATION NUMBER: A _098 124 874_

LIST ANY OTHER NAMES YOU HAVE USED: _N/A_

(Last)   (First)   (Middle)

RESIDENCE ADDRESS (List mailing address if different from residence):

_10655 SW Lady Marion Dr_   _Tigard_   _OR_   _97224_
Street number and name   Apartment #   City   State   Zip Code

REASON FOR FINGERPRINT APPLICATION: (I-485, I-589, I-600, I-821, N-400): _I-485_

| LOCAL AIW STAMP |
|---|
| FD-258 Completed at INS/ASC |
| On: _2-1-04_   By: _827623_ |
| QC Check Completed By: |

Department of Homeland Security
U.S. Citizenship and Immigration Services

EXHIBIT - 9A

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| | | NOTICE DATE 05/25/2005 |
|---|---|---|

| CASE TYPE: I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A098134873 |
|---|---|---|---|

| APPLICATION NUMBER LIN0415452830 | CODE 2 | SERVICE CENTER NSC | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

JING LIU
10635 SW LADY MARION DRIVE
TIGARD, OR 97224

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PORTLAND, OR 721 SW 14TH AVE. PORTLAND, OR 97205 | 06/14/2005 10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS PORTLAND, OR
721 SW 14TH AVE.
PORTLAND, OR 97205

If you have any questions regarding this notice, please call 1-800-375-5283

APPLICATION NUMBER
LIN0415452830

APPLICANT COPY

### WARNING!
*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**EXHIBIT-3B**

I-797C, **Notice of Action**

| | | |
|---|---|---|
| **Fingerprint Notification** | | NOTICE DATE 05/25/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | | A098134874 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| LIN0415452892 | 2 | NSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CHENGYA WANG
10635 SW LADY MARION DRIVE
TIGARD, OR 97224

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PORTLAND, OR | 06/14/2005 |
| 721 SW 14TH AVE. | 12:00 PM |
| PORTLAND, OR 97205 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appoinment for the next available: ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS PORTLAND, OR
721 SW 14TH AVE.
PORTLAND, OR 97205

If you have any questions regarding this notice, please call 1-800-375-5283.

BIO STAMP

ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON 06-15-05
TENPRINTS QA REVIEW BY:
ON

APPLICANT COPY

| APPLICATION NUMBER |
|---|
| LIN0415452892 |

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with fingerprinting.*

Form I-797C (Rev. 08/31/04) N

EXHIBIT-4a

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| | |
|---|---|
| **ASC Appointment Notice** | **NOTICE DATE** 10/21/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | A098134873 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| LIN0415452830 | 1 | NSC | 1 of 1 |

JING LIU
10635 SW LADY MARION DRIVE
TIGARD, OR 97224

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PORTLAND, OR | 12/02/2005 |
| 721 SW 14TH AVE. | 11:00 AM |
| PORTLAND, OR 97205 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS PORTLAND, OR
721 SW 14TH AVE.
PORTLAND, OR 97205

**APPLICATION NUMBER J**
I485     LIN0415452830

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

QA REVIEW BY:
ON
QA REVIEW BY:

Form I-797C (Rev. 01/31/05) N

**THE UNITED STATES OF AMERICA**

## ASC Appointment Notice

| | NOTICE DATE |
|---|---|
| | 10/21/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | | A098134874 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| LIN0415452892 | 1 | NSC | 1 of 1 |

CHENGYA WANG
10635 SW LADY MARION DRIVE
TIGARD, OR 97224

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS PORTLAND, OR | 12/02/2005 |
| 721 SW 14TH AVE. | 11:00 AM |
| PORTLAND, OR 97205 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon  ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS PORTLAND, OR
721 SW 14TH AVE.
PORTLAND, OR 97205

APPLICATION NUMBER I
I485    LIN0415452892

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

REVIEW BY:

Form I-797C (Rev. 01/31/05) N

**EXHIBIT 5**

PATTY MURRAY
WASHINGTON

ASSISTANT DEMOCRATIC FLOOR LEADER

COMMITTEES:
APPROPRIATIONS

BUDGET

HEALTH, EDUCATION, LABOR
AND PENSIONS

VETERANS' AFFAIRS

## United States Senate

WASHINGTON, DC 20510–4704

May 10, 2006

Ms. Chengya Wang
1221 1st Avenue, Apartment 925
Seattle, Washington  98101

Dear Ms. Wang:

Thank you for contacting my office regarding the difficulties you have experienced with the U.S. Citizenship and Immigration Services. As per your concerns regarding the length of time it has taken to process your I-485 application, a member of my staff has contacted the U.S. Citizenship and Immigration Nebraska Service Center. Records indicate that your application is pending due to national security checks.

Unfortunately, there is no way to tell how long the clearance process with take, nor is there anything I can do to expedite it. While many applicants move through this stage relatively quickly, delays do occur when cases require additional verification for reasons such as the commonality of the applicant's name. I can assure you, however, that CIS tracks all cases pending background checks to ensure that they are processed immediately when a favorable security clearance has been confirmed.

I understand that this process can be frustrating and regret that I cannot be of more assistance. Should you require assistance with any other federal matter, please do not hesitate to contact me.

Sincerely,

Patty Murray
United States Senator

PM\ib

173 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–4704
(202) 224-2621

1611–116TH AVENUE, NE
SUITE 214
BELLEVUE, WA 98004-3045
(425) 462-4460

2930 WETMORE AVENUE
SUITE 903
EVERETT, WA 98201-4107
(425) 259-6515

2988 JACKSON FEDERAL BUILDING
915 2ND AVENUE
SEATTLE, WA 98174-1003
(206) 553-5545

601 WEST MAIN AVENUE
SUITE 1213
SPOKANE, WA 99201-0613
(509) 624-9515

950 PACIFIC AVENUE
SUITE 650
TACOMA, WA 98402-4450
(253) 572-3636

THE MARSHALL HOUSE
1323 OFFICER'S ROW
VANCOUVER, WA 98661-3856
(360) 696-7797

website: http://murray.senate.gov
e-mail: http://murray.senate.gov/email

PRINTED ON RECYCLED PAPER

402 EAST YAKIMA AVENUE
SUITE 390
YAKIMA, WA 98901-2760
(509) 453-7462